587-10050-12    /066

PART 2    CP10166

## CLIENT REPRESENTATION

**Salomon Smith Barney Account Title**
MHG Holding Inc

**Account Number**
Branch: 587  Account: 10050  T: 11  C: 40  FC: 16

The undersigned makes the following representations with respect to the account specified above (the "Account")

1. The Account is (check one):
   - ☐ a partnership
   - ☑ a corporation
   - ☐ an investment club
   - ☐ a hedge fund
   - ☐ a sole proprietorship
   - ☐ Other: _____

2. The full names and business affiliations of all persons having any beneficial interest in the Account are as follows:[1]

| Name of Beneficial Owner | Company Affiliations and Nature of Business | If self-employed, indicate occupation |
|---|---|---|
| MHG TRUST | INVESTMENTS | N/A |
| Alexis Brunet | MHG Trust President Investments | |

For more space, attach additional sheets as required. Number of additional sheets attached = ☐

3. Except as set forth below or as otherwise indicated in Paragraph 2 above, no person having a beneficial interest in the Account is:
   - an officer, director, general partner, employee or agent of, or associated with, any broker-dealer, or any member of the immediate family of such a person;[2]
   - a finder in respect to the offering; someone who acted in a fiduciary capacity to the managing underwriter (e.g., an attorney or accountant), or materially supported, directly or indirectly, by such a person;
   - a senior officer of a bank, savings and loan institution, insurance company, investment company, investment advisory firm, or any other domestic or foreign institutional type account; someone who may influence, or who is directly or indirectly involved with, buying and selling securities for such an entity; or someone materially supported, directly or indirectly, by any person described in this paragraph.

Exceptions: _____

For more space, attach additional sheets as required. Number of additional sheets attached = ☐

The undersigned, a person duly authorized to represent the Account, certifies that the above representations are true and correct as of the date hereof, and further agrees to promptly notify Salomon Smith Barney Inc. in writing if any of the above information changes or otherwise becomes inaccurate or incomplete.

**BY Print Name:** ALEXIS Brunet
**Signature:** [signed]
**Date:** 12-12-02

[1] "Beneficial interest" means not only ownership interests, but any type of direct financial interest.

[2] "Immediate family" includes parents, mother-in-law or father-in-law, spouse, brother or sister, brother-in-law or sister-in-law, son-in-law or daughter-in-law, children, and anyone materially supported, directly or indirectly, by a restricted person.

If applicable, return this completed and signed page to the attention of the Manager of the Salomon Smith Barney branch servicing your account.

# EXHIBIT A