Scanned 1/20/03

587-10050

# 5811



**EXHIBIT B**