# PINNACLE CAPITAL, LTD.

## FACSIMILE TRANSMITTAL SHEET

| TO: Savita | FROM: Alex |
|---|---|
| COMPANY: SmithBarney | DATE: 4/25/2006 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Transfer | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Dear Savita

I need to transfer the entire **cash position** out of the MHG account # 587-10050 to the following account:

CHASE N.Y.C. ABA #021000021
For Account Lehman Brothers
A/C # 140 094 221 LBI
F/C to MHG HOLDINGS
Acct # 832-05716-538

Thanks
Alex

*ORIGINAL FAX*

APR 25 P 1:51

4225 LENNOX DRIVE MIAMI FLORIDA 33155
TEL..(305) 667-2587   FAX:(305) 667-2588
ALEXHR@BELLSOUTH.NET

**EXHIBIT D**

# ALEXIS & MARTA BRUNET

4225 LENNOX DRIVE MIAMI - FLORIDA 33133

TEL·(305) 667-2587 - FAX·(305) 667-2588

ALEXBR@BELLSOUTH.NET

## FACSIMILE TRANSMITTAL SHEET

| TO: Savita@SmithBArney | FROM: Alexis Brunet |
|---|---|
| COMPANY: | DATE: 6/2/2005 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: 1 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Transfer | YOUR REFERENCE NUMBER: |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Savita:

I need to make this transfer ASAP out of the MHG account # 587-10050

Please transfer $ 500,000.00 to :

ABA # 0210-0002-1
JP Morgan Chase
One Chase Manhattan Plaza
New York, NY
For Account: Goldman Sachs & Company
A/C #930-1-011483
For Sub-Account: MHG Holding Inc.
Account Number: 029-07661 9
On Transfer please note: Margin Call 6/30/05

Thanks

Alexis Brunet

Date/Time 6/2/-5
Mgr Signature
Approved (circled)
Not Approved
Comments

Org          Fax

6/2/05 - spoke with Alex +
clien'd wire ts fr
                  oh

2005 JUN -2 A 11: 19

**My Home**

miamidade.gov

ACTIVE TOOL SELECT

**Show Me:**
Property Information

**Search By:**
Select Item

■ Text only

■ Property Appraiser Tax Estimator

■ Portability S.O.H. Calculator

### Summary Details:

| Folio No.: | 01-4129-020-0190 |
|---|---|
| Property: | 4225 LENNOX DR |
| Mailing Address: | ALEXIS BRUNET &W MARTA<br><br>4225 LENNOX DR MIAMI FL 33133-6720 |

### Property Information:

| Primary Zone: | 0100 SINGLE FAMILY RESIDENCE |
|---|---|
| CLUC: | 0001 RESIDENTIAL-SINGLE FAMILY |
| Beds/Baths: | 7/8 |
| Floors: | 2 |
| Living Units: | 1 |
| Adj Sq Footage: | 7,933 |
| Lot Size: | 19,000 SQ FT |
| Year Built: | 2003 |
| Legal Description: | LENNOX PARK PB 5-89 LOT 18 LOT SIZE 19000 SQUARE FEET OR 21141-3174 03/2003 6 |

### Sale Information:

| Sale O/R: | 21141-3174 |
|---|---|
| Sale Date: | 3/2003 |
| Sale Amount: | $1,100,000 |

### Assessment Information:

| Year: | 2008 | 2007 |
|---|---|---|
| Land Value: | $1,045,000 | $1,048,800 |
| Building Value: | $1,818,933 | $1,818,933 |
| Market Value: | $2,863,933 | $2,867,733 |
| Assessed Value: | $2,227,432 | $2,162,556 |

### Exemption Information:

| Year: | 2008 | 2007 |
|---|---|---|
| Homestead: | $25,000 | $25,000 |
| 2nd Homestead: | YES | NO |

### Taxable Value Information:

| Year: | 2008 | 2007 |
|---|---|---|
| Taxing Authority: | Applied Exemption/ | Applied Exemption/ |



Digital Orthophotography - 2007                                         0 ——— 119 ft

My Home | Property Information | Property Taxes
| My Neighborhood | Property Appraiser

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application,
or wish to send us your comments, questions or suggestions
please email us at Webmaster.

Web Site
© 2002 Miami-Dade County.
All rights reserved.

| | Taxable Value: | Taxable Value: |
|---|---|---|
| Regional: | $50,000/ $2,177,432 | $25,000/ $2,137,556 |
| County: | $50,000/ $2,177,432 | $25,000/ $2,137,556 |
| City: | $50,000/ $2,177,432 | $25,000/ $2,137,556 |
| School Board: | $25,000/ $2,202,432 | $25,000/ $2,137,556 |

**Additional Information:**

Click here to see more information for this property:
Community Development District
Community Redevelopment Area
Empowerment Zone
Enterprise Zone
Land Use
Urban Development Boundary
Zoning
Non-Ad Valorem Assessments