UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 09-MC-21020-HUCK-O'SULLIVAN

In The Matter Of Arbitration Between

SMITH BARNEY, a division of
CITIGROUP GLOBAL MARKETS, INC.

    Petitioner,

- and -

ALEXIS BRUNET,

    Respondent.
_____/

## RESPONDENT'S NOTICE OF FILING AFFIDAVIT

Respondent, Alexis Brunet, by and through undersigned counsel hereby gives notice of filing the Affidavit of Alexis Brunet (Exhibit A); for consideration in support of Respondent's Memorandum In Opposition To Petition To Compel Arbitration [DE No. 4].

    Respectfully submitted,

    SHOOK, HARDY & BACON LLP
    Attorney for Respondent, Alexis Brunet
    201 South Biscayne Boulevard, Suite 2400
    Miami, Florida 33131
    PH: (305) 358-5171 / FX: (305) 358-7470


    BY: /s/ *Humberto H. Ocariz*
        Humberto H. Ocariz
        Florida Bar No.: 740860
        Email: hocariz@shb.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2009 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified.

By: ___/s/ *Humberto H. Ocariz*___

## SERVICE LIST

Coren H. Stern, Esq.
cstern@bressler.com
Bressler, Amery & Ross, PC
2801 SW 149 Avenue, Suite 300
Miramar, Florida 33127
PH: 954-499-7979 / FX: 954-499-7969