UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 09-MC-21020-HUCK-O'SULLIVAN

In The Matter Of Arbitration Between

SMITH BARNEY, a division of
CITIGROUP GLOBAL MARKETS, INC.

    Petitioner,

- and -

ALEXIS BRUNET,

    Respondent.
_____/

### **DECLARATION OF ALEXIS BRUNET**

    I, ALEXIS BRUNET, pursuant to 28 U.S.C. § 1746, declare and state:

    1.    I am over eighteen years of age, am of sound mind, and am competent to make this Declaration. This Declaration is based upon my personal knowledge and submitted in support of my opposition to Smith Barney's Petition to Compel Arbitration.

    2.    I have received a copy of the reply memorandum filed by Smith Barney in this case. Attached to that memorandum at Exhibit A is a document entitled "Part 2 Client Representation." Smith Barney has submitted this document to the Court as support for its position that I am the beneficial owner of the MHG Trust.

    3.    This document is a forgery. I never signed any such document containing my name on it. The line in the document containing my name and the words "MHG Trust President Investments" is *not* my handwriting and was not written by me (the "Forged Information"). All of the other handwriting on this document is mine except for this line. A cursory review of the document shows that the two handwritings are completely different and even appear to have

**EXHIBIT A**

been written with a different pen. For example, the capital letters "M", "H", "G", and "T" in the Forged Information are completely different from the manner in which I form those letters, as shown by the line directly above it, which I did write. Likewise, the lower case "n" is the Forged Information is entirely different from the manner in which I form the "n", as shown on the signature line below where I printed my name.

4. I hereby again confirm to this Court that I have never claimed to be, nor have I ever been, a beneficial owner of the Smith Barney account, in MHG or in MHG Trust, the entity that was the sole shareholder of MHG. At no time before, during or since Pinnacle managed investments for MHG, was I a beneficiary, grantor or settlor of the MHG Trust.

5. Furthermore, Smith Barney has also attached documents reflecting instructions from me to transfer monies out of the MHG account and into another MHG account at a different institution. The fact that I instructed Smith Barney to transfer such monies on behalf of MHG is entirely consistent with my obligations as investment manager for MHG.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON: May 26, 2009

By: _____
ALEXIS BRUNET